# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Furman, Jesse M. | **2. Court or Organization**<br><br>U.S. District Court, NY-S | **3. Date of Report**<br><br>08/12/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>District Judge - Active Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York. NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▓▓▓▓▓▓▓▓▓▓ - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Flagstar Bank | Mortgage on rental property, Providence, RI (pt.VII, line 18) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. MF Est LLC | H1 | Dividend | P1 | U | | | | | |
| 2. MF Est L.P. | D | Int./Div. | N | U | | | | | |
| 3. Monroe Avenue Associates, LLC | D | Dividend | J | U | | | | | |
| 4. Ashland Greenup LLC | A | Dividend | J | U | | | | | |
| 5. AFMB Russell, LLC | D | Dividend | J | U | | | | | |
| 6. Kim Fur Retail Holdings LLC | D | Dividend | P1 | U | | | | | |
| 7. Southgate Associates L.P. | A | Dividend | J | U | | | | | |
| 8. Peco Rho LLC | A | Dividend | M | U | | | | | |
| 9. MJS Ponce II LP | A | Dividend | J | U | | | | | |
| 10. MJS Ponce III LP | A | Dividend | J | U | | | | | |
| 11. MFB Ashland Parcel 5 LLC | B | Dividend | J | U | | | | | |
| 12. 319 Stanhope LLC | E | Dividend | M | U | | | | | |
| 13. Rho Capital Partners 1999 L.P | A | Dividend | M | U | | | | | |
| 14. Jay Furman Family LLC | A | Dividend | L | U | | | | | |
| 15. Jay Furman Investors LLC | D | Dividend | L | U | | | | | |
| 16. Akiva Armon, Personal Loan - Note Receivable | | None | L | T | | | | | |
| 17. Christina Ponsa, Personal Loan - Note Receivable | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Rental Property, Providence RI (2011) $305,000 | E | Rent | N | R | | | | | |
| 19. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 20. Vanguard Total Bond Mkt Index Fund | B | Dividend | L | T | | | | | |
| 21. Vanguard Prime Money Mkt Fund | E | Dividend | O | T | Sold (part) | 10/04/19 | P1 | A | |
| 22. Vanguard European Stock Index Adm | F | Dividend | P1 | T | | | | | |
| 23. Vanguard 500 Index Fund (IRA #1) | B | Dividend | L | T | | | | | |
| 24. Vanguard 500 Index Admiral (IRA #2) | A | Dividend | L | T | | | | | |
| 25. JP Morgan Cash Equivalent (Inherited IRA #1) | A | Interest | M | T | | | | | |
| 26. Citibank Cash Equivalent Bank Accounts | B | Interest | P1 | T | | | | | |
| 27. TD Ameritrade (H) | | | | | | | | | |
| 28. - TD Ameritrade Insured Deposit Account | C | Interest | P1 | T | | | | | |
| 29. -Vanguard FTSE SMCAP ETF | E | Dividend | O | T | | | | | |
| 30. -Vanguard All wrld Ex US ETF | E | Dividend | O | T | | | | | |
| 31. JP Morgan Chase Bank Account | A | Interest | N | T | | | | | |
| 32. Morgan Stanley Private Bank NA Money Market Fund | A | Int./Div. | J | T | | | | | |
| 33. iShares MSCI Emerging Mkts ETF | B | Dividend | L | T | | | | | |
| 34. Vanguard Long Term Bond Index Fund (Retirement) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Intermediate - Term Bond Index Fund (Retirement) | A | Dividend | M | T | | | | | |
| 36. Vanguard Extended Market Index Fund (Retirement) | A | Dividend | M | T | | | | | |
| 37. Vanguard 500 Inst Index Fund (Retirement) | D | Dividend | M | T | | | | | |
| 38. Mass Mutual Financial Group Guaranteed Cash Account (Retirement) | A | Interest | K | T | | | | | |
| 39. Blackrock Bond Index Fund (Retirement) | A | Dividend | K | T | | | | | |
| 40. Mass Mutual S&P 500 Index Fund (Retirement) | B | Dividend | L | T | | | | | |
| 41. Mass Mutual Mid Cap Index Fund (Retirement) | A | Dividend | K | T | | | | | |
| 42. Mass Mutual Rsk 2000 Small Cap Index Fund (Retirement) | A | Dividend | K | T | | | | | |
| 43. Mass Mutual MSCI EAFE International Index Fund (Retirement) | B | Dividend | K | T | | | | | |
| 44. MFB IV, Personal Loan - Note Receivable (X) | | None | P1 | T | | | | | |
| 45. Estate #1 (H) (X) | | | | | | | | | |
| 46. -Citibank (X) | A | Interest | | | | | | | |
| 47. -Deutsche Bank Muni Account (X) | F | Interest | | | Sold | 06/30/19 | P1 | E | |
| 48. -Deutsche Bank Parametric Account (X) | E | Dividend | | | Sold | 06/30/19 | P1 | C | |
| 49. -Deutsche Bank SMID Account (X) | C | Dividend | | | Sold | 06/30/19 | N | A | |
| 50. -Deutsche Bank Main Account (X) | E | Dividend | | | Sold | 06/30/19 | O | A | |
| 51. -Greycroft Managers II, LLC (X) | A | Int./Div. | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Greycroft Managers III, LLC (X) | A | Int./Div. | M | U | | | | | |
| 53.  -Greycroft Growth, LLC (X) | A | Int./Div. | M | U | | | | | |
| 54.  -GS Taxable Fixed Income Managers (X) | A | Distribution | J | U | | | | | |
| 55.  -Greycroft Partners Annex Fund, L.P. (X) | E | Distribution | M | U | | | | | |
| 56.  -Greycroft Partners II, L.P. (X) | A | Distribution | N | U | | | | | |
| 57.  -Greycroft Partners III, L.P. (X) | F | Distribution | O | U | | | | | |
| 58.  -Greycroft Growth, L.P. (X) | E | Distribution | O | U | | | | | |
| 59.  -Frontier Payments LLC (X) | C | Distribution | J | U | | | | | |
| 60.  -Hunting Lane SPV I, LLC (X) | D | Distribution | J | U | | | | | |
| 61.  -Rho Ventures IV (QP), L.P. (X) | A | Distribution | L | U | | | | | |
| 62.  -Sterling American IV-B, LP (X) | A | Distribution | J | U | | | | | |
| 63.  -Property 1, NY, NY (2019) (X) | | None | P1 | Q | | | | | |
| 64.  -Property 2, NY, NY (X) | | None | | | Sold | 11/01/19 | P1 | A | ▆▆▆▆▆▆ |
| 65.  -Property 3, NY, NY (2019) (X) | | None | N | Q | | | | | |
| 66.  -JPM Estate Account (X) | A | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2019 K-1 statements for MF Est. L.P, Monroe Avenue Associates LLC, Ashland Greenup LLC, AFMB Russell LLC,  KIM-FUR Retail Holdings LLC, Soughtghate Associates LP, Peco Rho LLC, MJS Ponce II LP, MJS Ponce III LP, MFB Ashland and Parcel 5 LLC, Stanhope LLC,  Rho Capital Partners 1999 L.P., Jay Furman Investors LLC, and Jay Furman Family LLC are not yet available; accordingly, the 2018 K-1 statements were used.

2019 K-1 Statement for Hunting Lane SPV I, LLC and Frontier Payments, LLC are not yet available; accordingly estimates were used.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jesse M. Furman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544